1   JOSH COLE AICKLEN
    Nevada Bar No. 007254
2   Josh.aicklen@lewisbrisbois.com
    NATHANIEL T. COLLINS
3   Nevada Bar No. 015027
    Nathaniel.collins@lewisbrisbois.com
4   LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
5   Las Vegas, Nevada 89118
    TEL: 702.893.3383
6   FAX: 702.893.3789
    Attorneys for Third Party Defendant
7   RND ENTERPRISES, INC.

8                  UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10  RENEE HOWARD, individually and as        Case No.   2:23-cv-01570-JAD-DJA
    parent of IH, a minor, wrongful death
11  heirs of the deceased, TIMOTHY
    HOWARD,
12                                            STIPULATION AND ORDER TO EXTEND
            Plaintiffs,                       DISCOVERY DEADLINES (FIRST
13                                            REQUEST)
    vs.
14
    T-BROTHERS LOGISTICS, L.L.C., a South
15  Dakota corporation; T-BROTHERS
    TRUCKING, L.L.C., a South Dakota
16  corporation; RUSH TRUCK CENTERS OF
    NEVADA, INC., a Delaware Corporation,
17
            Defendants.
18
    T-BROTHERS LOGISTICS, L.L.C., a South
19  Dakota corporation; T-BROTHERS
    TRUCKING, L.L.C., a South Dakota
20  corporation,

21          Third Party Plaintiffs,

22  vs.

23  RND ENTERPRISES, INC., a South
    Dakota corporation,
24
            Third Party Defendant.
25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

<u>STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES</u>

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by one hundred twenty (120) days. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Order, the parties state as follows:

1.    On October 11, 2023, Plaintiff filed her Complaint in the United States District Court, District of Nevada.

2.    On November 27, 2023, Defendant/Third Party Plaintiff T-Brothers Trucking, L.L.C. filed its Answer and Third Party Complaint.

3.    On November 28, 2023, Defendant Rush Truck Centers of Nevada, Inc. filed its Answer.

4.    On January 5, 2024, Plaintiff served Initial FRCP 26 Disclosures.

5.    On January 9, 2024, Defendants/Third Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking L.L.C. served their Initial FRCP 26 Disclosures.

6.    On January 17, 2024, Defendant Rush Truck Centers of Nevada, Inc. served its Initial FRCP 26.1 Disclosures.

7.    On January 24, 2024, the Court entered the Discovery Plan and Scheduling Order.

8.    On February 28, 2024, Plaintiff propounded written discovery requests on Rush Truck Centers of Nevada, Inc., T-Brothers Logistics, L.L.C., and T-Brothers Trucking, L.L.C, each individually.

9.    On April 2, 2024, Plaintiff served her First Supplement to Initial Disclosures.

10.   On April 19, 2024, Plaintiff served her Second Supplement to Initial Disclosures.

11.   On May 1, 2024, Third-Party Defendant RND Enterprises, Inc. filed its

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Answer to Defendants/Third Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking L.L.C.'s Third Party Complaint.

## DISCOVERY REMAINING

1.  Third-Party Defendant RND Enterprises, Inc. will serve written discovery.

2.  Defendants/Third-Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking L.L.C will serve written discovery.

3.  Defendant Rush Truck Centers of Nevada, Inc. will serve written discovery.

4.  All parties will respond to written discovery that has been propounded upon them.

5.  The Defendants will take the deposition of Plaintiff Rene Howard.

6.  Plaintiff may depose the Defendants'/Third-Party Defendant's Rule 30(b)(6) designee(s).

7.  Defendants will collect any and all relevant medical and/or mental health records and/or billing related to the allegations contained in Plaintiff's Complaint.

8.  Defendants/Third Party Defendant may depose Plaintiff's medical and/or mental health providers once able to collect any and all relevant medical and/or mental health records and billing.

9.  The parties may depose any and all other witnesses identified through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension.  This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

Third-Party Defendant RND Enterprises, Inc. recently entered into this litigation, filing its Answer on May 1, 2024. At the time, Third-Party Defendant entered this case, expert disclosures were due in just over 2 months. Due to the severity of the subject incident, the materials and plethora of information and documents involved with this matter,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

140300432.1

3

1    and the timing of all named parties making their appearance in this matter, it is necessary

2    for an extension of the discovery deadlines in order to allow each party a fair and just

3    opportunity to obtain the information, analyze the information, and obtain experts as may

4    be necessary in order to properly prosecute or defend this matter.

5         For those reasons, the parties respectfully request an extension of the discovery

6    deadlines in this matter.

7         <u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3

8    governs modifications or extension of the Discovery Plan and Scheduling Order.  Any

9    stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must

10    be made no later than twenty-one (21) days before the expiration of the subject deadline

11    and must comply fully with LR 26-3.

12         This is the first request for extension of time in this matter.  The parties respectfully

13    submit that the reasons set forth above constitute compelling reasons and good cause for

14    the extension.

15         The following is a list of the current discovery deadlines and the parties' proposed

16    extended deadlines:

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

140300432.1

4

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *September 3, 2024* | *Thursday, January 2, 2025* |
| Deadline to Amend Pleadings or Add Parties | *June 5, 2024* | *Thursday, October 3, 2024* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *July 5, 2024* | *Monday, November 4, 2024* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *August 5, 2024* | *Tuesday, December 3, 2024* |
| Dispositive Motions | *October 3, 2024* | *Friday, January 31, 2025* |
| Joint Pretrial Order | *November 4, 2024* | *Tuesday, March 4, 2025*<br><br>*If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

///

///

///

///

///

///

///

///

///

///

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

140300432.1

WHEREFORE, the parties respectfully request this Court extend the discovery period by one hundred twenty (120) days from the current deadline of September 3, 2024 up to and including January 2, 2025, and extend the other dates as outlined in accordance with the table above.

IT IS SO STIPULATED.

| DATED the 28th day of May, 2024. | DATED the 28th day of May, 2024. |
|---|---|
| SCHUETZE, McGAHA, TURNER & FERRIS PLLC<br><br>/s/ William W. McGaha<br>WILLIAM W. McGAHA, ESQ.<br>Nevada Bar No. 3234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>*Attorney for Plaintiff* | LEWIS BRISBOIS BISGAARD & SMITH, LLP<br><br>/s/ Josh Cole Aicklen<br>JOSH COLE AICKLEN<br>Nevada Bar No.: 7254<br>NATHANIEL T. COLLINS<br>Nevada Bar No.: 15027<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Attorneys for Third Party Defendant<br>RND ENTERPRISES, INC. |
| DATED the 28th day of May, 2024. | DATED the 28th day of May, 2024. |
| HALL JAFFE, LLP<br><br>/s/ Kevin S. Smith<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>KEVIN S. SMITH, ESQ.<br>Nevada Bar No. 7184<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Defendants/Third Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking, L.L.C.* | HAWKINS PARNELL & YOUNG, LLP<br><br>/s/ Eric O. Freeman<br>ERIC O. FREEMAN<br>Nevada Bar No. 6648<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>*Attorney for RUSH TRUCK CENTERS OF NEVADA, INC.* |

<u>ORDER</u>

IT IS SO ORDERED.

Dated this __29th__ day of _____May_____, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Sims, Tina**

**To:** Collins, Nathaniel
**Subject:** RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

**From:** Freeman, Eric <efreeman@hpylaw.com>
**Sent:** Sunday, May 26, 2024 1:44 PM
**To:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Subject:** [EXT] RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Yes, you can add my e-signature.

**Eric O. Freeman**, *Partner*
**D** 702-430-5907  **E** efreeman@hpylaw.com

**HAWKINS PARNELL**   hpylaw.com
3960 Howard Hughes Pkwy., Suite 500, Las Vegas NV 89169

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Wednesday, May 22, 2024 10:27 AM
**To:** Kevin Smith <ksmith@halljaffe.com>; Bill McGaha <bmcgaha@smlvlaw.net>; Freeman, Eric <efreeman@hpylaw.com>; Steve Jaffe <sjaffe@halljaffe.com>; Donna Brand <dbrand@smlvlaw.net>; Kyle Allison <Kallison@halljaffe.com>; Marianne Sylva <msylva@halljaffe.com>; Lori-Anne Harrison <LHarrison@halljaffe.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Donna Brand <dbrand@smlvlaw.net>; Jeremi Fajardo <jfajardo@smlvlaw.net>
**Subject:** RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Mr. Freeman, were you able to review the SAO? If so do you approve and provide authority to affix your e-signature?

Thank you.



**Nathaniel T. Collins**
**Attorney**
Nathaniel.Collins@lewisbrisbois.com

**T: 702.693.4329 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Kevin Smith <ksmith@halljaffe.com>
**Sent:** Monday, May 20, 2024 3:53 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Freeman, Eric <efreeman@hpylaw.com>; Steve Jaffe <sjaffe@halljaffe.com>; Donna Brand <dbrand@smlvlaw.net>; Kyle Allison <Kallison@halljaffe.com>; Marianne Sylva <msylva@halljaffe.com>; Lori-Anne Harrison <LHarrison@halljaffe.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Donna Brand <dbrand@smlvlaw.net>; Jeremi Fajardo <jfajardo@smlvlaw.net>
**Subject:** [EXT] RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Nathaniel:
This is fine with us as well.  You can sign electronically for me on behalf of T Brothers Trucking and T Brothers Logistics.
Thanks.

**Kevin S. Smith, Esq.**
**Attorney**

**HALL | JAFFE**
ATTORNEYS AT LAW

**7425 Peak Drive**
**Las Vegas, NV 89128**
**Phone: 702.316.4111**
**Email: ksmith@halljaffe.com**

**\*\* Please note that as of July 1, 2023 my email will be changing from ksmith@lawhjc.com  to ksmith@halljaffe.com , please update your records\*\***

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Monday, May 20, 2024 1:13 PM
**To:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Freeman, Eric <efreeman@hpylaw.com>; Steve Jaffe

<sjaffe@halljaffe.com>; Kevin Smith <ksmith@halljaffe.com>; Donna Brand <dbrand@smlvlaw.net>; Kyle Allison <Kallison@halljaffe.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Donna Brand <dbrand@smlvlaw.net>; Jeremi Fajardo <jfajardo@smlvlaw.net>
**Subject:** RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Nathaniel:

I have reviewed the SAO and approve.  Please affix my electronic signature.

Kindest Regards,

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada  89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble.**

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

---

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Monday, May 20, 2024 11:20 AM
**To:** Freeman, Eric <efreeman@hpylaw.com>; Bill McGaha <bmcgaha@smlvlaw.net>; sjaffe@halljaffe.com; ksmith@halljaffe.com; Donna Brand <dbrand@smlvlaw.net>; Kyle Allison <Kallison@halljaffe.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>
**Subject:** RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Hello Counsel,

Please see the attached Stipulation and Order to Extend the Discovery Deadlines 120 days. Please advise if you have any changes to be made or if you authorize your e-signature to be attached.

Thank you.



**Nathaniel T. Collins**
**Attorney**
Nathaniel.Collins@lewisbrisbois.com

**T: 702.693.4329 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Freeman, Eric <efreeman@hpylaw.com>
**Sent:** Wednesday, May 8, 2024 11:35 AM
**To:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Bill McGaha <bmcgaha@smlvlaw.net>; sjaffe@halljaffe.com; ksmith@halljaffe.com; Donna Brand <dbrand@smlvlaw.net>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>
**Subject:** [EXT] RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Rush Truck Center will stipulate as well.

**Eric O. Freeman**, *Partner*
**D** 702-430-5907  **E** efreeman@hpylaw.com

**HAWKINS PARNELL**   hpylaw.com
3960 Howard Hughes Pkwy., Suite 500, Las Vegas NV 89169

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Wednesday, May 8, 2024 11:20 AM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; sjaffe@halljaffe.com; ksmith@halljaffe.com; Freeman, Eric <efreeman@hpylaw.com>; Donna Brand <dbrand@smlvlaw.net>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>
**Subject:** RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Thank you, Bill for your response.

Is Hall Jaffe amenable? If so, I will send out an SAO for approval.

4

Thank you.

 **Nathaniel T. Collins**
**Attorney**
Nathaniel.Collins@lewisbrisbois.com

**T: 702.693.4329 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Monday, May 6, 2024 4:54 PM
**To:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; sjaffe@halljaffe.com; ksmith@halljaffe.com; efreeman@hpylaw.com; Donna Brand <dbrand@smlvlaw.net>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>
**Subject:** [EXT] Re: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Yes, of course. Bill McGaha

Get Outlook for iOS

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Monday, May 6, 2024 3:47:37 PM
**To:** sjaffe@halljaffe.com <sjaffe@halljaffe.com>; ksmith@halljaffe.com <ksmith@halljaffe.com>; efreeman@hpylaw.com <efreeman@hpylaw.com>; Bill McGaha <bmcgaha@smlvlaw.net>; Donna Brand <dbrand@smlvlaw.net>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>
**Subject:** RE: Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Hello Counsel,

As you all know, our client has recently entered this litigation. It is our understanding that discovery deadlines are rapidly approaching, with an initial expert disclosure deadline of July 5, 2024. This matter requires more

time than what is currently provided under the current Discovery Order to properly perform discovery. As such, would you be willing to stipulate to a 120-day extension to discovery to allow us reasonable time to participate in discovery in an attempt to avoid prejudice to our client?

Thank you.



**Nathaniel T. Collins**
**Attorney**
Nathaniel.Collins@lewisbrisbois.com

**T: 702.693.4329 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Sims, Tina <Tina.Sims@lewisbrisbois.com>
**Sent:** Monday, May 6, 2024 2:56 PM
**To:** sjaffe@halljaffe.com; ksmith@halljaffe.com; efreeman@hpylaw.com; bmcgaha@smlvlaw.net; dbrand@smlvlaw.net
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>; Plata, Jackie <Jackie.Plata@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>
**Subject:** Renee Howard v. T-Brothers Logistics, L.L.C., et al. // Case No.: 2:23-cv-01570-JAD-DJA - Request for Prior Pleadings and Discovery

Dear Counsel,

Attached please find a Request for Prior Pleadings and Discovery regarding the above-referenced case.  Thank you.

**Tina Sims**
**Legal Secretary**
Tina.Sims@lewisbrisbois.com
Tel:  (702) 693-4392 or ext. 7024392



6385 S. Rainbow Blvd. Suite 600 Las Vegas, Nevada 89118 | LewisBrisbois.com

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.