ERIC O. FREEMAN
NEVADA BAR NO.: 6648
**HAWKINS PARNELL & YOUNG, LLP**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 430-5907
Email: efreeman@hpylaw.com

Attorneys for RUSH TRUCK CENTERS OF NEVADA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE HOWARD, individually and as parent of IH, a minor, wrongful death heirs of the deceased, TIMOTHY HOWARD,<br><br>Plaintiffs,<br>vs.<br><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation; RUSH TRUCK CENTERS OF NEVADA, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. 2:23-cv-01570-JAD-DJA<br><br><br>**STIPULATION TO WITHDRAW PLAINTIFF'S FRCP 37(a)(3)(B)(iii)(iv) MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT RUSH TRUCK CENTERS OF NEVADA INC. AND ORDER VACATING HEARING** |
| T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation,<br>Third Party Plaintiff,<br>vs.<br><br>RND ENTERPRISES, INC., a South Dakota corporation,<br><br>Third Party Defendant. | |

**STIPULATION TO WITHDRAW PLAINTIFF'S FRCP 37(a)(3)(B)(iii)(iv) MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT RUSH TRUCK CENTERS OF NEVADA INC. AND ORDER VACATING HEARING**

The parties, by and through their undersigned counsel, stipulate to withdraw Plaintiff's FRCP 37(a)(3)(B)(iii)(iv) Motion to Compel Discovery Responses from Defendant Rush Truck Centers of

1

Nevada, Inc. The parties hereby request the hearing scheduled for August 26, 2024 at 10:00 am be vacated.

| | |
|---|---|
| Dated: August 21, 2024 | Dated: August 21, 2024 |
| SCHUETZE, McGAHA, TURNER & FERRIS, PLLC. | HAWKINS PARNELL & YOUNG, LLP |
| /s/ William W. McGaha | /s/ Eric O. Freeman |
| _____ | _____ |
| WILLIAM W. McGAHA, ESQ. | ERIC O. FREEMAN |
| 601 S. Rancho Drive, Suite C-20 | NEVADA BAR NO. 6648 |
| Las Vegas, Nevada 89106 | 3960 Howard Hughes Parkway, Suite 500 |
| Attorneys for PLAINTIFFS | Las Vegas, NV 89169-0961 |
| | Phone: 702.430.5907 |
| | Attorneys for RUSH TRUCK CENTERS OF NEVADA, INC. |

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's FRCP 37(a)(3)(B)(iii)(iv) Motion to Compel Discovery Responses from Defendant Rush Truck Centers of Nevada, Inc. motion is withdrawn as moot and the August 26, 2024 hearing is hereby VACATED.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

11196305v.1