JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
NATHANIEL T. COLLINS
Nevada Bar No. 015027
Nathaniel.collins@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Third Party Defendant
RND ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENEE HOWARD, individually and as parent of IH, a minor, wrongful death heirs of the deceased, TIMOTHY HOWARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation; RUSH TRUCK CENTERS OF NEVADA, INC., a Delaware Corporation,<br><br>    Defendants.<br><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation,<br><br>    Third Party Plaintiffs,<br><br>vs.<br><br>RND ENTERPRISES, INC., a South Dakota corporation,<br><br>    Third Party Defendant. | Case No.   2:23-cv-01570-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SIXTH REQUEST)** |

## STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by one hundred twenty (120) days. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Order, the parties state as follows:

1. On October 11, 2023, Plaintiff filed her Complaint in the United States District Court, District of Nevada.
2. On November 27, 2023, Defendant/Third Party Plaintiff T-Brothers Trucking, L.L.C. filed its Answer and Third Party Complaint.
3. On November 28, 2023, Defendant Rush Truck Centers of Nevada, Inc. filed its Answer.
4. On January 5, 2024, Plaintiff served Initial FRCP 26 Disclosures.
5. On January 9, 2024, Defendants/Third Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking L.L.C. served their Initial FRCP 26 Disclosures.
6. On January 17, 2024, Defendant Rush Truck Centers of Nevada, Inc. served its Initial FRCP 26.1 Disclosures.
7. On January 24, 2024, the Court entered the Discovery Plan and Scheduling Order.
8. On February 28, 2024, Plaintiff propounded written discovery requests on Rush Truck Centers of Nevada, Inc., T-Brothers Logistics, L.L.C., and T-Brothers Trucking, L.L.C, each individually.
9. On April 2, 2024, Plaintiff served her First Supplement to Initial Disclosures.
10. On April 19, 2024, Plaintiff served her Second Supplement to Initial Disclosures.
11. On May 1, 2024, Third-Party Defendant RND Enterprises, Inc. filed its

|   |     |   |
|---|-----|---|
|   |     | Answer to Defendants/Third Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking L.L.C.'s Third Party Complaint. |
|   | 12. | On June 24, 2024, Plaintiff served her Third Supplement to Initial Disclosures |
|   | 13. | On June 25, 2024, Plaintiff served her Fourth Supplement to Initial Disclosures. |
|   | 14. | On June 26, 2024, Plaintiff served her Answers to T-Brothers' Interrogatories. |
|   | 15. | On June 26, 2024, Plaintiff served her responses to T-Brothers' Requests for Production. |
|   | 16. | On July 1, 2024, Defendant Rush Truck Centers served their Responses to Plaintiffs' First Set of Requests for Production and First Set of Interrogatories. |
|   | 17. | On July 29, 2024, Third-Party Defendant RND Served its First Set of Interrogatories and Requests for Production to Defendant Rush Truck Centers. |
|   | 18. | On July 29, 2024, Third-Party Defendant RND served its First Set of Interrogatories and Requests for Production to Defendant T-Brothers. |
|   | 19. | On August 21, 2024, Defendant T-Brothers served its Responses to RND's First Set of Requests for Production. |
|   | 20. | On August 28, 2024, Defendant T-Brothers served its Responses to RND's First Set of Interrogatories. |
|   | 21. | On August 28, 2024, Defendant Rush Truck Centers served its Responses to RND's First Set of Interrogatories and Requests for Production. |
|   | 22. | On October 15, 2024, Third-Party Defendant RND served its Second Set of Requests for Production of Documents to Defendant T-Brothers. |
|   | 23. | On October 15, 2024, Third-Party Defendant RND served its First Set of Requests for Production and Interrogatories to Plaintiff Renee Howard Individually. |
|   | 24. | On October 15, 2024, Third-Party Defendant RND served its Second Set of Requests for Production of Documents to Defendant Rush Truck Centers. |

25. On November 4, 2024, Defendant Rush Truck Centers served its Responses to RND's Second Set of Requests for Production.

26. On November 13, 2024, Plaintiffs took the deposition of the 30(b)(6) of Defendant Rush Truck Centers of Nevada., Mark Chowaniec.

27. On November 21, 2024, Defendant T-Brothers served its Second Supplement to Disclosures and its Responses to RND's Second Set of Requests for Production.

28. On December 9, 2024, Plaintiffs took the deposition of the 30(b)(6) of Defendant T-Brothers, Troy Thie.

29. On February 12, 2025, Plaintiff Renee Howard served her answers to RND's First Set of Interrogatories.

30. On March 4, 2025, RND served North Las Vegas Police Department with a subpoena requesting records and reports with relation to the subject incident.

31. On April 4, 2025, RND took the deposition of Plaintiff Renee Howard.

32. On July 2, 2025, Plaintiff took the deposition of Rush Truck Centers employee Lora Vinson.

33. On July 2, 20255, Plaintiff took the deposition of Rush Truck Centers employee Corrine Bourke.

34. On July 3, 2025, Plaintiffs served their Fifth Supplement to Plaintiffs' Initial Disclosures Pursuant to FRCP 26(A)(1) and Expert Designation.

35. On August 8, 2025, Plaintiffs served their Sixth Supplement to Plaintiffs' Initial Disclosures Pursuant to FRCP 26(A)(1) and Expert Designation.

36. On August 8, 2025, Rush Truck Centers served it Initial Expert Designations.

37. On August 8, 2025, RND served its Initial Expert Designations.

38. On September 5, 2025, Rush Truck Centers of Nevada served its First Set of Interrogatories to Plaintiff Renee Howard.

39. On September 9, 2025, Plaintiff served her Seventh Supplemental Production of Documents and Designation of Rebuttal Expert Reports.

## DISCOVERY REMAINING

1. Defendants/Third-Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking L.L.C will serve written discovery.
2. All parties will respond to written discovery that has been propounded upon them.
3. Plaintiff may depose the Defendants'/Third-Party Defendant's Rule 30(b)(6) designee(s).
4. Defendants/Third Party Defendant may depose Plaintiff's medical and/or mental health providers once able to collect any and all relevant medical and/or mental health records and billing.
5. The parties may depose any and all other witnesses identified through discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

The parties have conducted extensive discovery on this case. Depositions of most parties have been taken. All parties have propounded discovery and have responded to discovery. The parties anticipate the deposition of experts who were recently disclosed to confirm the opinions of the individuals. Additionally, the parties have recently discussed and are looking into alternative dispute resolution to free up the court's resources and attempt to resolve this matter through mediation. Dates for mediators at this time are reaching into mid to late December 2025 or early January 2026.

For those reasons, the parties respectfully request an extension of the discovery deadlines in this matter.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must

163982276.1

5

be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. LR 26-3 states that a request made within 21 days of the subject deadline must be supported by a showing of good cause. The parties agreement to mediate the matter demonstrates that good cause does exist in order to extend the close of discovery until after the mediation.

This is the sixth request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | October 6, 2025 | Tuesday, February 3, 2026 |
| Deadline to Amend Pleadings or Add Parties | March 3, 2025 | Closed |
| Expert Disclosure pursuant to FRCP26 (a)(2) | August 9, 2025 | Closed |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | September 9, 2025 | Closed |
| Dispositive Motions | November 3, 2025 | Tuesday, March 3, 2026 |
| Joint Pretrial Order | December 3, 2025 | Thursday, April 2, 2026<br><br>If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions. |

///
///
///

1   WHEREFORE, the parties respectfully request this Court extend the discovery period by one hundred twenty (120) days from the current deadline of October 6, 2025 up to and including February 3, 2026, and extend the other dates as outlined in accordance with the table above.

IT IS SO STIPULATED.

| DATED the 30th day of September 2025. | DATED the 30th day of September 2025. |
|---|---|
| **SCHUETZE, McGAHA, TURNER & FERRIS PLLC** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| /s/ *William W. McGaha*<br>WILLIAM W. McGAHA, ESQ.<br>Nevada Bar No. 3234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>*Attorney for Plaintiff* | /s/ *Josh Cole Aicklen*<br>JOSH COLE AICKLEN<br>Nevada Bar No.: 7254<br>NATHANIEL T. COLLINS<br>Nevada Bar No.: 15027<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>Attorneys for Third Party Defendant<br>RND ENTERPRISES, INC. |
| DATED the 30th day of September 2025. | DATED the 30th day of September 2025. |
| **HALL JAFFE, LLP** | **HAWKINS PARNELL & YOUNG, LLP** |
| /s/ *Kevin S. Smith*<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>KEVIN S. SMITH, ESQ.<br>Nevada Bar No. 7184<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Defendants/Third Party Plaintiffs T-Brothers Logistics, L.L.C. and T-Brothers Trucking, L.L.C.* | /s/ *Eric O. Freeman*<br>ERIC O. FREEMAN<br>Nevada Bar No. 6648<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>*Attorney for RUSH TRUCK CENTERS OF NEVADA, INC.* |

# ORDER

IT IS SO ORDERED, the discovery deadlines in this matter shall be changed as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | October 6, 2025 | Tuesday, February 3, 2026 |
| Deadline to Amend Pleadings or Add Parties | March 3, 2025 | Closed |
| Expert Disclosure pursuant to FRCP26(a)(2) | August 9, 2025 | Closed |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | September 9, 2025 | Closed |
| Dispositive Motions | November 3, 2025 | Tuesday, March 3, 2026 |
| Joint Pretrial Order | December 3, 2025 | Thursday, April 2, 2026<br><br>If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions. |

Dated this 2nd day of October, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

# Emails with Approval of Counsel

## Sims, Tina

| | |
|---|---|
| **From:** | Bill McGaha <bmcgaha@smlvlaw.net> |
| **Sent:** | Monday, September 29, 2025 4:21 PM |
| **To:** | Collins, Nathaniel; Freeman, Eric; Kevin Smith; Martin, Crystal; Donna Brand; Lori-Anne Harrison; Marianne Sylva; Steve Jaffe |
| **Cc:** | Aicklen, Josh Cole; Sims, Tina; Ramos, Georgina; Angelica Murillo |
| **Subject:** | Re: Howard, Renee v. T-Brothers Logistics, L.L.C., et al. - Mediation |

> EXTERNAL

Please affix my electronic signature to the stipulation and order. Paul Haire, Jackie Glass, Jennifer Tagliati, Kristine Kuzemka all work.

> Kindest regards,
> Bill
>
> **WILLIAM W. MCGAHA**
> **SCHUETZE MCGAHA TURNER & FERRIS, PLLC**
> 601 South Rancho Drive
> C-20
> Las Vegas, Nevada 89106
>
> (702) 369-3225 Main
> (702) 369-2110 Fax
> (725) 228-3231 Direct
> (702) 324-3137 Cell
> bmcgaha@smlvlaw.net
>
> WM

---

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Monday, September 29, 2025 4:03 PM
**To:** Freeman, Eric <efreeman@hpylaw.com>; Kevin Smith <ksmith@halljaffe.com>; Bill McGaha <bmcgaha@smlvlaw.net>; Martin, Crystal <CMartin@hpylaw.com>; Donna Brand <dbrand@smlvlaw.net>; Lori-Anne Harrison <LHarrison@halljaffe.com>; Marianne Sylva <msylva@halljaffe.com>; Steve Jaffe <sjaffe@halljaffe.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Angelica Murillo <Amurillo@halljaffe.com>
**Subject:** RE: Howard, Renee v. T-Brothers Logistics, L.L.C., et al. - Mediation

Hello all,

**Sims, Tina**

---

| | |
|---|---|
| **From:** | Kevin Smith <ksmith@halljaffe.com> |
| **Sent:** | Monday, September 29, 2025 4:09 PM |
| **To:** | Collins, Nathaniel; Freeman, Eric; Bill McGaha; Martin, Crystal; Donna Brand; Lori-Anne Harrison; Marianne Sylva; Steve Jaffe |
| **Cc:** | Aicklen, Josh Cole; Sims, Tina; Ramos, Georgina; Angelica Murillo |
| **Subject:** | RE: Howard, Renee v. T-Brothers Logistics, L.L.C., et al. - Mediation |

> EXTERNAL

You need to revise the magistrate's order date to 2025. Otherwise, it looks good to me. You can sign for me electronically on behalf of the T Brothers defendants.

**Kevin S. Smith, Esq.**
**Attorney**



**7425 Peak Drive**
**Las Vegas, NV 89128**
**Phone: 702.316.4111**
**Email: ksmith@halljaffe.com**

**\*\* Please note that as of July 1, 2023 my email will be changing from ksmith@lawhjc.com to ksmith@halljaffe.com , please update your records\*\***

---

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Monday, September 29, 2025 4:03 PM
**To:** Freeman, Eric <efreeman@hpylaw.com>; Kevin Smith <ksmith@halljaffe.com>; Bill McGaha <bmcgaha@smlvlaw.net>; Martin, Crystal <CMartin@hpylaw.com>; Donna Brand <dbrand@smlvlaw.net>; Lori-Anne Harrison <LHarrison@halljaffe.com>; Marianne Sylva <msylva@halljaffe.com>; Steve Jaffe <sjaffe@halljaffe.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Angelica Murillo <Amurillo@halljaffe.com>
**Subject:** RE: Howard, Renee v. T-Brothers Logistics, L.L.C., et al. - Mediation

Hello all,

Please see the attached SAO to extend discovery deadlines. We only need good cause so long as we get it submitted prior to October 6, 2025. I did 120 days only because mediation dates are going into early January at this time.

As for mediation, are there any particular mediators that we can agree upon. We are good with Atkins, David Jones, Togliatti, or David Wall.

**Sims, Tina**

| | |
|---|---|
| **From:** | Freeman, Eric <efreeman@hpylaw.com> |
| **Sent:** | Tuesday, September 30, 2025 11:39 AM |
| **To:** | Collins, Nathaniel; Kevin Smith; Bill McGaha; Martin, Crystal; Donna Brand; Lori-Anne Harrison; Marianne Sylva; Steve Jaffe |
| **Cc:** | Aicklen, Josh Cole; Sims, Tina; Ramos, Georgina; Angelica Murillo |
| **Subject:** | RE: Howard, Renee v. T-Brothers Logistics, L.L.C., et al. - Mediation |

EXTERNAL

You can add my e-signature.

**Eric O. Freeman**, *Partner*
**D** 702-430-5907   **E** efreeman@hpylaw.com

**HAWKINS PARNELL**   hpylaw.com
3960 Howard Hughes Pkwy., Suite 500, Las Vegas NV 89169

---

**From:** Collins, Nathaniel <Nathaniel.Collins@lewisbrisbois.com>
**Sent:** Monday, September 29, 2025 4:03 PM
**To:** Freeman, Eric <efreeman@hpylaw.com>; Kevin Smith <ksmith@halljaffe.com>; Bill McGaha <bmcgaha@smlvlaw.net>; Martin, Crystal <CMartin@hpylaw.com>; Donna Brand <dbrand@smlvlaw.net>; Lori-Anne Harrison <LHarrison@halljaffe.com>; Marianne Sylva <msylva@halljaffe.com>; Steve Jaffe <sjaffe@halljaffe.com>
**Cc:** Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>; Sims, Tina <Tina.Sims@lewisbrisbois.com>; Ramos, Georgina <Georgina.Ramos@lewisbrisbois.com>; Angelica Murillo <Amurillo@halljaffe.com>
**Subject:** RE: Howard, Renee v. T-Brothers Logistics, L.L.C., et al. - Mediation

Hello all,

Please see the attached SAO to extend discovery deadlines. We only need good cause so long as we get it submitted prior to October 6, 2025. I did 120 days only because mediation dates are going into early January at this time.

As for mediation, are there any particular mediators that we can agree upon. We are good with Atkins, David Jones, Togliatti, or David Wall.



**Nathaniel T. Collins**
**Attorney**
Nathaniel.Collins@lewisbrisbois.com

**T: 702.693.4329 F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

1