**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
bmcgaha@smlvlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENEE HOWARD, individually and as parent of I.H., a minor, wrongful death heirs of the deceased, TIMOTHY HOWARD,<br><br>Plaintiffs,<br><br>vs.<br><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C, a South Dakota corporation; RUSH TRUCK CENTERS OF NEVADA, INC., a Delaware Corporation,<br><br>Defendants. | **CASE NO**: 2:23-cv-01570-JAD DJA<br><br><br><br>ECF No. 50 |
| T-BROTHERS LOGISTICS, L.L.C. a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C, a South Dakota corporation,<br><br>Third Party Plaintiffs<br><br>vs.<br><br>RND ENTERPRISES, INC., a South Dakota corporation.<br><br>Third Party Defendant. | |

**STIPULATION AND ORDER FOR EXTENDED BRIEFING
SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record, that WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER

PAGE **1** OF **3**

& FERRIS, PLLC, counsel for Plaintiffs RENEE HOWARD, individually and as parent of I.H., a minor; KEVIN S. SMITH, ESQ. of the law firm HALL HERNANDEZ SITH, counsel for Defendants T-Brothers Logistics, LLC and T-Brothers Trucking LLC; NATHANIEL T. COLLINS, ESQ. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant RND Enterprises, Inc.; and ERIC O. FREEMAN, ESQ. of the law firm HAWKINS PARNELL & YOUNG, LLP, counsel for Defendant Rush Truck Centers of Nevada, Inc. hereby respectfully stipulate as follows:

1.    Defendant T-Brothers Logistics, LLC and T-Brothers Trucking, LLC's filed its Motion for Summary Judgment on March 3, 2026 [ECF No. 46].

2.    Third Party Defendant RND Enterprises, Inc. filed its Motion for Summary Judgment on March 3, 2026 [ECF No. 47].

3.    Plaintiffs Renee Howard, individually and as parent of I.H., a minor filed their Motion for Summary Judgment on March 3, 2026 [ECF No. 48].

4.    Defendant Rush Truck Centers of Nevada, Inc. filed its Motion for Summary Judgment on March 3, 2026 [ECF No. 49].

5.    The parties herein stipulate and agree that based upon the complexity and length of the motions for summary judgment that additional time is necessary for the parties herein to assess and respond to the four (4) motions for summary judgment filed on March 3, 2026. Therefore, it is agreed and stipulated that all responding parties shall have up to and including April 24, 2026, in which to file a Response to each motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.    The parties additionally stipulate and agree the deadline for the Reply Briefs will be due on or before May 26, 2026.

**DATED** this ___17th___ day of March, 2026

| | |
|---|---|
| SCHUETZE, McGAHA, TURNER & FERRIS PLLC | HALL HERNANDEZ SMITH |
| By /s/William W. McGaha<br>WILLIAM W. McGAHA, ESQ.<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>*Attorney for Plaintiffs* | By /s/Kevin S. Smith<br>KEVIN S. SMITH, ESQ.<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>Attorneys for Defendants/Third Party Plaintiffs T-Brothers Logistics, LLC and T-Brothers Trucking LLC |
| HAWKINS PARNELL & YOUNG, LLP | LEWIS BRISBOIS BISGAARD & SMITH |
| By /s/Eric O. Freeman<br>ERIC O. FREEMAN, ESQ.<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant*<br>*Rush Truck Centers of Nevada, Inc.* | By /s/Nathaniel T. Collins<br>JOSH COLE AICKLEN, ESQ.<br>NATHANIEL T. COLLINS<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Third Party Defendant*<br>*RND Enterprises, Inc.* |

## ORDER

Based on the parties' stipulation [50] and good cause appearing, IT IS ORDERED that the deadline for responding to the pending motions for summary judgment [46, 47, 48, 49] is extended to 4/24/26, and reply briefs are due by 5/26/26.

_____
UNITED STATES DISTRICT JUDGE

March 19, 2026

PAGE 3 OF 3