**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
bmcgaha@smlvlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENEE HOWARD, individually and as parent of I.H., a minor, wrongful death heirs of the deceased, TIMOTHY HOWARD,<br><br>        Plaintiffs,<br><br>vs.<br><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C, a South Dakota corporation; RUSH TRUCK CENTERS OF NEVADA, INC., a Delaware Corporation,<br><br>        Defendants. | **CASE NO**: 2:23-cv-01570-JAD DJA |
| T-BROTHERS LOGISTICS, L.L.C. a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C, a South Dakota corporation,<br><br>        Third Party Plaintiffs<br><br>vs.<br><br>RND ENTERPRISES, INC., a South Dakota corporation.<br><br>        Third Party Defendant. | ECF No. 53 |

## <u>STIPULATION AND ORDER FOR EXTENDED BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT FILED BY PLAINTIFF AND T-BROTHERS LOGISTICS/T-BROTHERS TRUCKING</u>
### (SECOND REQUEST—one day extension)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

of record, that WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS, PLLC, counsel for Plaintiffs RENEE HOWARD, individually and as parent of I.H., a minor; KEVIN S. SMITH, ESQ. of the law firm HALL HERNANDEZ SITH, counsel for Defendants T-Brothers Logistics, LLC and T-Brothers Trucking LLC; as follows:

1.      Defendant T-Brothers Logistics, LLC and T-Brothers Trucking, LLC's filed its Motion for Summary Judgment on March 3, 2026 [ECF No. 46].

2.      Plaintiffs Renee Howard, individually and as parent of I.H., a minor filed their Motion for Summary Judgment on March 3, 2026 [ECF No. 48].

3.      On March 17, 2026, the parties stipulated and agreed  to continue the deadline for responding to the pending motions for summary judgment [ECF No.46, 47, 48 49] to April 24, 2026 and reply briefs to May 26, 2026.  An order granting said continues was issued on March 19, 2026 [ECF 51].

4.      The undersigned have now stipulated to an additional short extension for parties to respond to motions for summary judgment [ECF 46, 47, 48 & 49].  Therefore, it is stipulated and agreed that the that all responding parties shall have up to and including April 27, 2026, in which to file a Response to the pending motions for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5.    The parties additionally stipulate and agree the deadline for the Reply Briefs will be due on or before May 27, 2026.

**DATED** this ___24th___ day of April, 2026

| SCHUETZE, McGAHA, TURNER & FERRIS PLLC | HALL HERNANDEZ SMITH |
|---|---|
| By*/s/William W. McGaha*_____<br>WILLIAM W. McGAHA, ESQ.<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>*Attorney for Plaintiffs* | By _/s/Kevin S. Smith_____<br>KEVIN S. SMITH, ESQ.<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>Attorneys for Defendants/Third Party<br>Plaintiffs T-Brothers Logistics, LLC and<br>T-Brothers Trucking LLC |

## **ORDER**

IT IS SO ORDERED.

DATED this __27th____ day of April, 2026
nunc pro tunc to April 24, 2026

_____
UNITED STATES DISTRICT JUDGE