ERIC O. FREEMAN
NEVADA BAR NO.: 6648
**HAWKINS PARNELL & YOUNG, LLP**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:  (702) 430-5907
Email: efreeman@hpylaw.com

Attorneys for RUSH TRUCK CENTERS OF NEVADA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE HOWARD, individually and as parent of IH, a minor, wrongful death heirs of the deceased, TIMOTHY HOWARD,<br><br>Plaintiffs,<br>vs.<br><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation; RUSH TRUCK CENTERS OF NEVADA, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO. 2:23-cv-01570-JAD-DJA<br><br><br><br>**STIPULATED NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT RUSH TRUCK CENTERS OF NEVADA, INC. ONLY** |
| T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation,<br>Third Party Plaintiff,<br>vs.<br><br>RND ENTERPRISES, INC., a South Dakota corporation,<br><br>Third Party Defendant. | ECF Nos. 49, 58 |

PLEASE TAKE NOTICE that Plaintiffs and Defendant Rush Truck Centers of Nevada, Inc., by and through their attorneys of record, have reached an agreement for settlement in the above-referenced matter.

///

///

1

*

The parties are in the process of finalizing the documents and will submit a dismissal document within 30 days of this Notice of Settlement.

Dated: May 1, 2026

SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.

/s/ William W. McGaha

_____
WILLIAM W. McGAHA, ESQ.
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Attorneys for PLAINTIFFS

Dated: May 1, 2026

HAWKINS PARNELL & YOUNG, LLP

/s/ Eric O. Freeman

_____
ERIC O. FREEMAN
NEVADA BAR NO. 6648
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169-0961
Phone: 702.430.5907
Attorneys for RUSH TRUCK CENTERS OF NEVADA, INC.

## ORDER

In light of this notice of settlement between the plaintiffs and Defendant Rush Truck Centers of Nevada, Inc., [ECF No. 58], IT IS ORDERED that Rush's pending motion for summary judgment **[ECF No. 49] is DENIED** as moot and without prejudice to its prompt refiling should the settlement not be completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 11, 2018

2