ERIC O. FREEMAN
NEVADA BAR NO.: 6648
**HAWKINS PARNELL & YOUNG, LLP**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 430-5907
Email: efreeman@hpylaw.com
Attorneys for RUSH TRUCK CENTERS OF NEVADA, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENEE HOWARD, individually and as parent of IH, a minor, wrongful death heirs of the deceased, TIMOTHY HOWARD,<br><br>Plaintiffs,<br>vs.<br><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation; RUSH TRUCK CENTERS OF NEVADA, INC., a Delaware Corporation,<br><br>Defendants.<br><hr><br>T-BROTHERS LOGISTICS, L.L.C., a South Dakota corporation; T-BROTHERS TRUCKING, L.L.C., a South Dakota corporation,<br><br>Third Party Plaintiff,<br>vs.<br><br>RND ENTERPRISES, INC., a South Dakota corporation,<br><br>Third Party Defendant. | CASE NO. 2:23-cv-01570-JAD-DJA<br><br><br>**JOINT STIPULATION TO DISMISS DEFENDANT RUSH TRUCK CENTERS OF NEVADA, INC. ONLY, WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff, RENEE HOWARD, individually and as parent of IH, a minor, wrongful death heirs of the deceased, TIMOTHY HOWARD and Defendant RUSH TRUCK CENTERS OF NEVADA, INC., through their respective counsel of record, that  Defendant RUSH TRUCK CENTERS OF NEVADA, INC. ONLY is hereby dismissed

1
*

with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party shall bear their own attorneys' fees and costs.

Dated: June 11, 2026

SCHUETZE, McGAHA, TURNER & FERRIS, PLLC.

/s/ Wiliam W. McGaha (with permission)
 WILLIAM W. McGAHA, ESQ.
 601 S. Rancho Drive, Suite C-20
 Las Vegas, Nevada 89106
 Attorneys for PLAINTIFFS

Dated: July 8, 2026

HALL HERNANDEZ SMITH

/s/ Refused to sign
_____
 KEVIN S. SMITH, ESQ.
 7425 Peak Drive
 Las Vegas, Nevada 89128
 Attorneys for Defendants/Third Party
 Plaintiffs T-Brothers Logistics, LLC and
 T-Brothers Trucking LLC

Dated: June 11, 2026

HAWKINS PARNELL & YOUNG, LLP

/s/ Eric O. Freeman
_____
ERIC O. FREEMAN
NEVADA BAR NO. 6648
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169-0961
Phone: 702.430.5907
Attorneys for RUSH TRUCK CENTERS OF NEVADA, INC.

Dated: June 25, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Nathaniel T. Collins (with premission)
_____
JOSH COLE AICKLEN
Nevada Bar No. 007254
NATHANIEL T. COLLINS
Nevada Bar No. 015027
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Third Party Defendant
RND ENTERPRISES, INC.

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing, IT IS HEREBY ORDERED that that Defendant RUSH TRUCK CENTERS OF NEVADA, INC. ONLY is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 13th, 2026

_____
Jennifer A. Dorsey
United States District Judge

2